

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS, | § | No. 08-15-00166-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | County Court at Law No. 5 |
| | § | |
| ADEL MONTES AND JESUS MONTES, | | of El Paso County, Texas |
| | § | |
| | | (TC# 2013-DCV2524) |
| Appellees. | § | |
| | | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the agreed motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order costs of the appeal are taxed against the party incurring them, and this decision be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF DECEMBER, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.